NOWLAND v. JACKSON.—In error.

SCIRE FACIAS to have execution on a justice's transcript. The *scire facias* alleges that the transcript of the judgment was filed on the 17th of *August*, 1842, in the clerk's office; and that, afterwards, to-wit, on the 26th of *September*, 1842, a certificate of the justice was filed stating that, on the 1st of *September*, 1842, an execution had issued on the judgment, which was afterwards, on the 7th of the same month, returned *nulla bona*.

Demurrer to the *scire facias* and judgment for the defendant.

This transcript was filed before a return of *nulla bona* to an execution on the judgment. *Held*, that in such case the transcript should be recorded. R. S. 1838, p. 135. The *scire facias* before us does not aver that the transcript had been recorded, and it is therefore insufficient.

The judgment is affirmed with costs.